

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-10-00216-CV

## IN RE DAVID LEE SUGARS

_____

## Original Proceeding

_____

## MEMORANDUM  OPINION

Relator David Sugars has filed a petition for writ of mandamus, complaining that Associate Judge Lisa Hubacek of the Second Administrative Judicial Region and County Court at Law No. 1 of Brazos County, has abused her discretion by failing to rule on and grant Relator's motion to transfer venue in the underlying SAPCR suit.  *See* TEX. FAM. CODE ANN. § 155.201(b) (Vernon 2008).

We do not have mandamus jurisdiction over an *associate* judge.  *See* TEX. GOV'T CODE ANN. § 22.221(b) (Vernon 2004) (providing for mandamus jurisdiction over a judge of a district or county court); *In re Walker*, No. 01-08-00253-CV, 2008 WL 1830400 (Tex. App.—Houston [1st Dist.] Apr. 18, 2008, orig. proceeding) (mem. op.); *see also In re*

*Walker,* 265 S.W.3d 545, 547 n.8 (Tex. App.—Houston [1st Dist.] 2008, orig. proceeding).

Accordingly, we dismiss the petition for want of jurisdiction.


                                                REX D. DAVIS
                                                Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Petition dismissed
Opinion delivered and filed August 4, 2010
[OT06]